IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK E. SCHELL, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-19-281-F |
| NOMA GURICH, Chief Justice of the Oklahoma Supreme Court, et al., | ) |
| Defendants. | ) |

## **RECUSAL ORDER**

Pursuant to 28 U.S. C. § 455, I recuse from the above-referenced case and direct the Clerk of the Court to place this case number in the random draw for reassignment to another judge of this court.

IT IS SO ORDERED this 21st day of May, 2019.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0281p001.docx.docx