IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date:   May 21, 2019

| | |
|---|---|
| MARK E. SCHELL,<br><br>   Plaintiff,<br><br>-vs-<br><br>NOMA GURICH, Chief Justice of the<br>Oklahoma Supreme Court, et al.,<br><br>   Defendants. | Case No. CIV-19-281-F |

ENTER ORDER:

Case transferred to _____Judge Joe Heaton_____

HEREAFTER, PLEASE REFER TO CASE AS _____CIV-19-291-HE_____

Please note that, for future filings in this case, the letters at the end of the number should now be "HE" rather than an "F".  This is important to ensure the prompt distribution of pleadings to the proper judge.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

                Carmelita Reeder Shinn, Clerk


              By:_____s/ Lori Gray_____
                   Deputy Clerk

cc: counsel of record