**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MARK E. SCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-19-0281-HE |
| | ) | |
| THE CHIEF JUSTICE AND JUSTICES OF THE OKLAHOMA SUPREME COURT, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In accordance with the mandate filed by the Tenth Circuit Court of Appeals, [Doc. #96] on September 16, 2021, this case is **REOPENED** for further proceedings.

**IT IS SO ORDERED**.

Dated this 24th day of September, 2021.

JOE HEATON
UNITED STATES DISTRICT JUDGE